**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

General Complaint

JUN 13 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

DAVID J. MALAND, CLERK
BY
DEPUTY

_Huey P. Walters_
_Anthony Hall_

Case Number : 1:14CV0318

List the full name of each plaintiff in this action.

VS.

_BB Foods, Inc._
_(McDonald's)_
_#4727_

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

   _____

   _____

C. Results of the conference with counsel:

No allegations have been denied. Discussed settlement. However, counsel feel more evidence is needed.

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  ✓ Yes  ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: 02/13/2014

2. Parties to previous lawsuit(s):

   Plaintiff: Huey Walters
   Defendant: BG Foods, Inc. (McDonald's)

   Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   U.S. District Court Eastern District of Texas

4. Docket number in other court. 1:14CV0096

5. Name of judge to whom the case was assigned.
   Judge Clark and Judge Giblin

6. Disposition: Was the case dismissed, appealed or still pending?
   Still pending

7. Approximate date of disposition. November 21, 2014

III. Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 Huey Walters
9485 McLean
Beaumont, TX 77707

        Pla #2

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: BG Foods, Inc. (McDonald's) 190 IH-10 North
Beaumont, TX 77702

        Dft #2:

        Dft #3

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Currently there is a filing for discrimination from my previous employer. As a result of the discrimination that took place I was terminated from employment with McDonald's. That said as we have approached the discovery phase of this civil litigation I feel that some information could provide not only the discrimination violation but that myself and Anthony Hall was terminated without responsible cause.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I would like the court to allow one opportunity to open this case because I suffered a great loss. that's still affecting me two years later, monetarily and reputation.

Signed this __13__ day of __June__, 20__14__.
                          (Month)              (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __June 13, 2014__
              Date

_[signature]_
9485 McLean
Beaumont, TX 77707
Signature of each plaintiff
(409) 998-4229